**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rahnaun A. WILKERSON, a/k/a Ray Ray, Defendant–Appellant.**

**No. 01–6816.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 21, 2001.

Mary E. Cox, Blair & Lee, P.C., Hyattsville, Maryland, for Appellant. Kenneth E. Melson, United States Attorney, T.C. Spencer Pryor, Special Assistant United States Attorney, Gene Rossi, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before MICHAEL, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Rahnaun Andre Wilkerson appeals the district court's order denying his motion to reduce his sentence under Fed.R.Crim.P. 35(b), based upon substantial assistance, and his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the parties' briefs, the joint appen-

**302**

dix, and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Wilkerson,* No. CR–99–385 (E.D. Va. filed Apr. 5, 2001 & entered Apr. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*